IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-111-6H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC LAMONT STEVENS, | ) | |
| Defendant. | ) | |

This matter is before the court following the entry of a not guilty plea by the above-named defendant on August 7, 2017. Because this is a multi-defendant indictment and other defendants have not yet been arraigned, the trial of this matter is hereby continued to a date to be later determined by the court. The court finds this is a reasonable period of delay and that the end of justice are served by this continuance and outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(6) and (h)(7)(A).

This 14th day of August 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26